# EXHIBIT A

| |
|---|
| **Subject Video 1** |
| https://www.youtube.com/watch?v=HofVdO__R_A |
| Copyright Registration No. PA 2-499-375; Copyright Claimant: Aaron Rigsby |
|  |
| **Infringing Use 1** |
| https://www.youtube.com/watch?v=3NGHMzs8zUo |



| |
|---|
| **Subject Video 3** |
| https://www.youtube.com/watch?v=5UgQ3GeyBeQ |
| Copyright Registration No. PA 2-521-266; Copyright Claimant: Daniel Robinson |
| **Infringing Use 3** |
| https://www.youtube.com/watch?v=-6ztsnvIbR0 |

